REVISED DATE: 09/2001

**FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER IN FILING A BIVENS CLAIM.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
_____ DIVISION

NO. _____
(leave this space blank)

Abdu-Salim, Gould
_____
(enter full names of each plaintiff(s))

v.

Jamal Summey
_____
_____
_____
(enter full names of each defendant(s))

Inmate Number #1632

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I. HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES (√) NO ( )

If your answer is YES, describe the former lawsuit in the space provided below:

NO: 5:14-CT-3066-FL, Bettle CO, et al, Now being litigated in US District Courts.

II. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE? YES (√) NO ( )

If your answer is YES:

1. What steps did you take? Appeal to Jail Administration, Court system, Bar Assosta.
2. What was the result? (Attach copies of grievances or other supporting documentation.) US Supreme Court.

Am still being Neglected & facing wrongful imprisonment.

Page 1 of 5

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

√    There are no grievance procedures at the correctional facility at which I am being confined.

√    This cause of action arose at __Bertie County General District Courts__, and I am now being housed at __Bertie Martin Regional Jail__. Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

___    I have exhausted my administrative remedies relating to this complaint and have attached copies of grievances demonstrating completions.

III.    **PARTIES:**
In Item "A" below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any. NOTE: ALL PLAINTIFFS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

A. Name of Plaintiff: __Abdu-Salim Gould__

Name of Present Confinement __Bertie Martin Regional Jail__

Address of Present Confinement __230 County Farm Rd, Windsor NC. 27983__

In Item "B" below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) through (F) for additional defendants. NOTE: ALL DEFENDANTS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

B.    Defendant __Jamal Summey__

Position __Lawyer (court Appointed) / Private Attorney__

Employed at __Summey-Summey etc. Law firm__

Address __110 East 10th st, P.O. Drawer 389 Scotland Neck NC. 27874__

Capacity in which being sued: Individual ( ) Official ( ) Both (√)

C.    Defendant _____

Position _____

Employed at _____

Address _____

Capacity in which being sued: Individual ( ) Official ( ) Both ( )

D.    Defendant _____

Position _____

Employed at _____

Address _____

Capacity in which being sued: Individual ( ) Official ( ) Both ( )

E. Defendant _____

Position _____

Employed at _____

Address _____

Capacity in which being sued: Individual ( ) Official ( ) Both ( )

F. Defendant _____

Position _____

Employed at _____

Address _____

Capacity in which being sued: Individual ( ) Official ( ) Both ( )

IV. **STATEMENT OF CLAIM**

State here as briefly as possible the **FACTS** of your case. Describe how **each** defendant is involved. Include also the names of the other persons involved, dates and places. **DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES.** If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

Upon Arrest (Incompetent) I was violated in my Rights upon first Appearance I was deemed incapable to be tried. Due to a past July 29, 2012 finding of Incompetent the same Judge Hon. Tom Jones Jr. appropriately sent me to be evaluated at Central Regional Hospital. All this without my knowledge. Nor was I notified or did I have opportunity to speak with my Appointed Attorney (whom I did not find was appointed until after being evaluated) My Arrest on Jan. 2, 2013 Mishap of First Appearance and Evaluation all went without the evaluation and scrutiny of my

REVISED DATE: 09/2001

Attorney. Who when meeting sometime after my evaluation at Butner central Regional hospital whom my Attorney acknowledge my condition stating last he had seen me I was "Necked asleep" but conceled under violation of privacy infront of state actors. Neither optioned for expert witness to my competency nor chose to listen to my story! 9 months later would be the next time we meet Regardless of the proof I forwarded to his office of my Inocence and Request for a discovery after finding I was Bonded to superior court with out knowledge or evidence neither counceled with My Attorney. On Sept 30 2013 I was offered to drop a possession charge and plea to Attempt M.r. and when denied My Attorney Jamal Summey then Reveals A discovery which I have been pleading to recieve. In all I have spent 20 mins. on 2 occasions under scrutany of state actors with my attorney whom seems prejudice to my Inocense. I applied a motion of Dismissal

(see extra sheets)

## V. RELIEF SOUGHT BY PRISONER

State briefly exactly what you want the Court to do for you. MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.

I seek "Just compensation" prospective & Retroactive - injunction
monetary Relief - Nominal damages $500,000
punitive damages $500,000
compensatory damages $500,000
for a total of $1.5 million dollars
I seek aid in my Relief and the

— continue of statement of Facts —

Jan. 28, 2014 in the Bertie Co. Superior court after not recieving a court date. This action is not supported by Attorney Jamal Summey. In April 2014 the next superior court date I learned my court date was to be set by D.A. and when I began to formulate a "Extraordinary writ of Habeus Corpus" to Washington DC's Supreme Court for I am already litigating suit in the U.S. District court upon issues. On Aug. 1, 2014 the Captin of facility (Ber. Mar. Reg. Jail) approach my cell stating the D.A. spoke with him stating he was not ready to hear my case. We, myself and Captin contacted clerk of court, where it was stated I am not on calendar for trial, my motion is not on docket. I ask for a trial in open court on Sept 30, 2013 and recieved a contempt summons! My attorney neither argue contempt nor Hade me placed on the trial docket. I am now being told (Aug 1, 2014) My Lawyer is on vacation and again I will not be on docket for atleast a bail reduction. My bail at time is $200,000 cash and had been almost two years. On Aug 4, 2014 Mr. Summey is seen entering Bertie Martin Regional Jail in plain cloths. After being threatened about my behavior with O.C spray Mr. Summey approaches my door. He begins to tell me about a murder trial on the 18th of a Ray Pugh a client and inmate I am familiar with. Mr. Summey has been my attorney long before Mr.

Pugh's and I felt offended not only that I am told he was vacationing and put off. Now I am being asked to wait until Oct. 6. 2014 another Superior court session, while he plays lawyer to another. I kindly asked did Mr. Summey Recieve my motions and what was the progress. Also I afforded him a look at my "Extraordinary Writ of Habeus Corpus" in which he ask to put off and he would make me "top priority" on Oct 6, 2014

Oct. 7, 2014 my son Khalil turned 2 years old I have been incarcerated 2 years Oct. 7, 2014 I paid $14,000 + colateral to a bailsbondsman on the sum of 200,000 cash Bond to no Avail my Attorney never came through. I have not had a Bail hearing or any other in two years.

Today Dec. 29th 2014 I am incarcerated on a $400,000 Bond for tresspassing said to have violated a court order that does not pertain to those who claim is of tresspassing.

With Great Consideration
for freedom, Justice,
Equality, and liberty!!

*[signature]*

REVISED DATE: 09/2001

proper Authorities to be sued in a manor due so to this court.

Signed this 29 day of Dec, 2014

_____
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

I declare under penalty of perjury that the foregoing is true and correct.

12-29-14
Date

_____
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

Lydra A. Freeman    December 29, 2014
Notary Public

[Notary seal: LYDRA A. FREEMAN, NOTARY PUBLIC, BERTIE COUNTY, N.C., MY COMMISSION EXPIRES 1-28-2015]