UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

ABDU-SALIM GOULD, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
JAMAL SUMMEY, ) No. 2:14-CV-75-FL
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 30, 2015, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on January 30, 2015, and Copies To:**

Abdu-Salim Gould (via U.S. Mail) Bertie Martin Regional Jail, 230 County Farm Road, Windsor, NC 27893

| | |
|---|---|
| January 30, 2015 | JULIE RICHARDS JOHNSTON, CLERK |
| |   /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |