United States District Court
Eastern District of North Carolina
Northern Division
No. 2:14-cv-75-FL

Abdu-Salim, Gould
  Plaintiff

v.

Jamal Summey
  Defendant

Local Rule 72.4
Appeal
Federal Rule Civ. Pro 3 & 4
"Notice of Appeal"

Now comes "Pro se" litigant Abdu-Salim, Jul "In re" to above caption in objection to an decision made in a case that has not been heard or full evidence submitted. There were 3 packages submitted to the Clerk but only 2 of 3 where filed. I do not know if the mishap is from the clerks office or a tampering with mail within the Institution of my confinement. If said Authorities decline to take action I am being barred by way of 1st Amend. and Denial of Access to the courts.

Notice of Appeal

Abdu-Salim, Jul  2-2-15